1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONNA JANE COOPER** | Case No. CIV-08-1859 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 17, 2009 to May 1, 2009. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through April of 2009.

/ / / /

/ / / /

/ / / /

1

1
2
3  Dated: February 17, 2009                    */s/Bess M. Brewer*
                                               BESS M. BREWER
4                                              Attorney at Law

5                                              Attorney for Plaintiff

6
7
   Dated: February 17, 2009                    Lawrence G. Brown
8
                                               Acting United States Attorney
9
                                               */s/ Elizabeth Firer*
10                                             ELIZABETH FIRER
                                               Special Assistant U.S. Attorney
11                                             Social Security Administration

12                                             Attorney for Defendant

13
14                                         **ORDER**

15 APPROVED AND SO ORDERED.

16 DATED: February 20, 2009.

17
18
19                                        _____
20                                        U.S. MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

2