BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DONNA JANE COOPER )  Case No. CIV-08-1859 KJM
)
)
)  **STIPULATION AND ORDER**
Plaintiff, )  **EXTENDING PLAINTIFF'S TIME TO**
)  **FILE MEMORANDUM IN SUPPORT**
v. )  **OF SUMMARY JUDGMENT**
)
MICHAEL J. ASTRUE )
Commissioner of Social Security )
of the United States of America, )
)
Defendant. )
)
_____)

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from May 1, 2009, to June 2, 2009. This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

                                                                                _____
/ / / /                                                      U.S. MAGISTRATE JUDGE

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: April 29, 2009 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law <br><br> Attorney for Plaintiff |
| Dated: April 30, 2009 | Lawrence G. Brown <br> Acting United States Attorney <br><br> */s/ Elizabeth Firer* <br> ELIZABETH FIRER <br> Special Assistant U.S. Attorney <br> Social Security Administration <br><br> Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: May 4, 2009.