LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DONNA COOPER, | CIVIL NO. 2:08-CV-01859-KJM |
|     Plaintiff, | |
|         v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|     Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of this Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including August 15, 2009, to respond to Plaintiff's motion for summary judgment.  This request is due to a heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office.  In the months of April and June, 2009, 4 attorneys have departed for other jobs or have been transferred to positions that do not include briefing and another has gone on unexpected and indefinite medical leave.  All of the cases assigned to these attorneys have been reassigned, sometimes with little notice, and this has resulted in a unusually heavy work load for the undersigned Special Assistant United States Attorney.  In the month of June, she had 11 district court briefs and an appellate brief due; currently, in July, she has 15 district court briefs and 1 Ninth Circuit brief due.  Due to this work load, the

1  Commissioner's brief cannot be completed within the original time frame.

2  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

3  Respectfully submitted,

4  Dated: July 14, 2009                /s/ *Bess Brewer*
5                                      (As authorized via email)
                                        BESS BREWER
6                                       Attorney for Plaintiff

7  Dated: July 14, 2009                LAWRENCE G. BROWN
                                        Acting United States Attorney
8                                       LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
9                                       Social Security Administration

10                                      /s/ *Elizabeth Firer*
11                                      ELIZABETH FIRER
                                        Special Assistant U.S. Attorney
12
                                        Attorneys for Defendant
13

14                              ORDER

15  APPROVED AND SO ORDERED.
16

17
18  DATED:  July 22, 2009.

19

20  _____
21  U.S. MAGISTRATE JUDGE