BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DONNA JANE COOPER, ) | CIVIL NO. 2:08-CV-01859 KJM |
|     Plaintiff, ) | |
|         v. ) | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
|     Defendant. ) | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FIVE THOUSAND, FIVE-HUNDRED DOLLARS AND ZERO CENTS ($5,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States

1  Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered,
2  the government will determine whether they are subject to any offset.

3  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury
4  determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of
5  fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by
6  Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

7  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
8  and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.
9  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims
10 that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in
11 connection with this action.

12 This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
13 attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: August 10, 2010          /s/Bess M. Brewer
                                *(As authorized via email)*

                                BESS M. BREWER
                                Attorney for Plaintiff

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: August 10, 2010     By: /s/ Elizabeth Firer
                                ELIZABETH FIRER
                                Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of FIVE THOUSAND, FIVE-HUNDRED DOLLARS AND ZERO CENTS ($5,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:  August 20, 2010.

_____
U.S. MAGISTRATE JUDGE